IN MATTER OF C. E. SPENCER, *Ex parte.*

61a 375<br>83a 268

1. *Practice, Supreme Court—Writ of error—Judgment not of record.*—Although the bill of exceptions recites that a judgment was rendered, if the same does not appear of record, a writ of error will be dismissed.

*Error to Lawrence County Circuit Court.*

*Norman Gibbs,* for Spencer

SHERWOOD, Judge, delivered the opinion of the court.

C. E. Spencer, the sheriff of Jasper county, was fined for contempt by the Lawrence circuit court, for refusing to serve a subpœna in a civil cause.

It is impossible for us to notice the error assigned, as although the bill of exceptions recites that a judgment was rendered for the fine, yet the judgment does not appear in the record. (Silvey vs. Summer, 51 Mo., 199 ; Dale vs. Copple, 53 Mo., 321.)

The writ of error will therefore be dismissed. All the other judges concur.